UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRADET,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:15-cv-0962 CKD PS<br><br><br><br>ORDER TO SHOW CAUSE |

   By order filed May 8, 2015, plaintiff, proceeding pro se, was directed to submit to the U.S. Marshal documents necessary for proper service of summons and to file a statement with the court that said documents had been submitted.  Plaintiff has not timely filed the requisite statement.  The executed return of summons filed May 21, 2015 does not reflect proper service of summons on defendant.

   Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later than fourteen days from the date of this order, why this action should not be dismissed for failure to comply with the court's orders and to timely serve summons in this action.

Dated:  July 29, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 fradet0962.osc