UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRADET, | No. 2:15-cv-0962 CKD PS |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By order filed May 8, 2015, plaintiff, proceeding pro se, was directed to submit to the U.S. Marshal documents necessary for proper service of summons and to file a statement with the court that said documents had been submitted. Plaintiff did not timely file the requisite statement. The executed return of summons filed May 21, 2015 does not reflect proper service of summons on defendant. Plaintiff was therefore ordered to show cause why this action should not be dismissed. Plaintiff responded to the order to show cause and it was discharged. On August 18, 2015, plaintiff was again directed to submit to the U.S. Marshal the requisite documents and to file a statement that the documents had been submitted. Plaintiff was ordered to do so no later than August 31, 2015. There is no evidence on the docket that plaintiff has complied with the August 18, 2015 order.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later than fourteen days from the date of this order, why this action should not be dismissed for failure to comply with the court's orders and to timely serve summons in this action.

Dated: September 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 fradet0962.osc2