UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRADET, | No. 2:15-cv-0962 CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

By order filed September 9, 2015, plaintiff, proceeding pro se, was ordered to show cause why this action should not be dismissed for failure to comply with the court's orders and to timely serve summons in this action. In response to the order to show cause, plaintiff asserts that he has now spoken with the Clerk's office and the Marshal's office and submitted the requisite paperwork.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 10) is discharged.

2. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or

certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.  <u>See</u> Fed. R. Civ. P. 4(i)(2).

    3. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated:  September 15, 2015

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 fradet0962.osc.dis2