# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRADET,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-0962 CKD PS<br><br><br>ORDER |

By order filed May 8, 2015, plaintiff was directed to file a Consent to Assignment or Request for Reassignment form within ninety days. Plaintiff has failed to timely file the requisite form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve plaintiff with a copy of the Consent to Assignment or Request for Reassignment form used in social security cases.

2. No later than October 9, 2015, plaintiff shall file the Consent to Assignment or Request for Reassignment consent/decline to consent form.

/////

/////

/////

1

3. Plaintiff is reminded that under the scheduling order, plaintiff's motion for summary judgment must be filed within forty-five days of the lodging of the administrative transcript.

Dated: September 25, 2015

                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

4 fradet0962.cons.π