BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8826
    Fax: 415-744-0134
    Email: heather.moss@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY FRADET,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-00962-CKD<br><br>**MOTION AND ORDER FOR AN EXTENSION OF TIME** |

Defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, through her counsel of record, hereby moves the Court to extend the time from December 17, 2015, to January 18, 2016, for Defendant to provide her responsive pleading, and file and serve a complete copy of the administrative record, and to extend the remaining case deadlines accordingly.

There is good cause for extending the case deadlines because the agency needs additional time to compile the administrative record, and agency counsel must review the record before filing her responsive pleading. Counsel apologizes to the Court for any inconvenience caused by this delay and assures all parties that she has taken every action to minimize it.

                                                            Respectfully submitted,

Dated: December 16, 2015        BENJAMIN B. WAGNER
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                           By    /s/ *Heather M. Moss*
                                          HEATHER M. MOSS
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 22, 2015

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE