UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY FRADET,<br><br>              Plaintiff,<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>              Defendant. | No.  2:15-cv-0962 CKD PS<br><br><br><br>ORDER |

Defendant has filed a motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Opposition, if any, shall be filed no later than January 26, 2016.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed.

2. Reply, if any, shall be filed no later than February 1, 2016.

3. The matter shall thereafter stand submitted.

Dated: January 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 fradet0962.mtd.brf

1